UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EDWIN FEBLES,

        Plaintiff,

v.

PARAGON MOTORS OF WOODSIDE, INC., *d/b/a* PARAGON HONDA, *and* GARY LIN, GABRIEL PENA, *and* MATT ADOVIC, *individually*,

        Defendants.
------------------------------------------------------------------x

17-CV-4465 (LDH)(RLM)

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff Edwin Febles and Defendants Paragon Motors of Woodside, Inc., d/b/a Paragon Honda, Gary Lin, Gabriel Pena, and Matt Adovic, that the time for Defendants to answer, move, or otherwise respond to the Complaint is extended through and including October 2, 2017.

Dated: Woodbury, New York
       August 25, 2017

By: _____
Walker G. Harman, Jr.
Edgar M. Rivera
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
T:212.425.2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com
*Attorneys for Plaintiff*

By: _____
Ellen Storch
Matthew R. Capobianco
KAUFMAN DOLOWICH & VOLUCK, LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
T: 516-283-8712
estorch@kdvlaw.com
mcapobianco@kdvlaw.com
*Attorneys for Defendants*

_____
SO ORDERED

_____
DATE

4850-9434-3246, v. 1