UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDWIN FEBLES

                                          Plaintiff,

                    -against-

PARAGON MOTORS OF WOODSIDE, INC., d/b/a
PARAGON HONDA, and GARY LIN, GABRIEL PENA,
and MATT ADOVIC, individually,

                                          Defendants.
------------------------------------------------------------------x

Civil Action No.:
17-cv-4465 (LDH)(RLM)

**Stipulation of Dismissal**

 

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit.

Dated: November 2, 2017

THE HARMAN FIRM, LLP

Walker G. Harman, Jr., Esq.
Edgar Rivera, Esq.
220 Fifth Avenue
New York, NY 10001
(212) 425-2600
*Attorneys for Plaintiff*

Dated: November 2, 2017

KAUFMAN DOLOWICH & VOLUCK, LLP

Ellen Storch, Esq.
Matthew R. Capobianco, Esq.
135 Crossways Park Drive
Woodbury, New York 11797
(516) 681-1100
*Attorneys for Defendants*

s/ LaShann DeArcy Hall

**SO ORDERED**                    November 6, 2017

LaShann DeArcy Hall
United States District Judge

4842-2358-3057. v. 1